IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**SHAN LAVAR BEAMON,**

    Petitioner,

v.                                                                            CIVIL ACTION NO.: 3:23-CV-200
                                                                                     (GROH)

**MS. HEATHER RAY,**

    Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On August 31, 2023, the *pro se* Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon docketing the Petition, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Petitioner (1) this action would be dismissed within 30 days because the Petitioner failed pay the filing fee or, in the alternative, (2) to file an application to proceed without prepayment of the full or partial filing fee, Prisoner Trust Account Report, or Ledger Sheets. ECF No. 3. The Clerk attached a copy of the Court-approved form to file an application to proceed without prepayment of fees and Prisoner Trust Account Report to the Notice. ECF No. 3-1. Service of the Notice was accepted on September 5, 2023. ECF No. 4.

More than 30 days have elapsed since the Petitioner accepted service for the Clerk's Notice of Deficient Pleading and Intent to Dismiss. However, the Petitioner has failed to correct the above deficiencies, as directed.

Accordingly, it is **ORDERED** that 3:23-CV-200 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: March 18, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE